KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ning Jing Sun, | No.   CV-26-03966-PHX-DWL (JFM) |
| Petitioner, | |
| v. | **ORDER** |
| David R. Rivas, et al., | |
| Respondents. | |

Petitioner, through counsel, filed this action under 28 U.S.C. § 2241 challenging her immigration detention.  (Doc. 1.)

As alleged, Petitioner is a native and citizen of China who entered the United States on June 23, 2025.  Petitioner was apprehended by Customs and Border officials and has been detained since that date.  Petitioner is charged as inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i), as an alien present in the United States without having been admitted or paroled.  She has not received a bond hearing, and no immigration judge has made an individualized determination as whether detention is justified or whether Petitioner is a flight risk or danger to the community.  Petitioner claims her prolonged detention without an individualized hearing violates her Fifth Amendment due process rights and the Immigration and Nationality Act and is not reasonably related to any legitimate government purpose.  Petitioner seeks an individualized bond hearing or immediate release from custody.

. . . .

The Court will require a response to the Petition.  Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)    Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4)    Petitioner may file a reply within **10 days** from the date of service of the answer.

(5)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 8th day of June, 2026.

_____
Dominic W. Lanza
United States District Judge

- 2 -